**DISMISS; and Opinion Filed July 13, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01211-CV

**ENNIS HAYWOOD, Appellant**
**V.**
**JPACK INVESTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04786-E**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

Appellant's brief is overdue. It was first due April 25, 2018, and after an extension was granted, June 5, 2018.

Our order extending the deadline to June 5th cautioned that failure to file the brief could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). More than three weeks have passed since the deadline. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

171211F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ENNIS HAYWOOD, Appellant

No. 05-17-01211-CV     V.

JPACK INVESTMENTS, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-04786-E.
Opinion delivered by Justice Schenck, Justices Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 13th day of July, 2018.